UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN SMITH, | ) | No. CV 08-6016-JSL (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| ANTHONY HEDGPETH, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the order dismissing petition filed herewith, it is the judgment of this Court that the petition is dismissed.

DATED:     Oct. 17, 2008     .

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\MagJgt6016.wpd